**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6960**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

ANDREW SCOTT WILSON, a/k/a Scott Andrew Wilson,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:21-cr-00203-BO-1)

_____

Submitted:  February 22, 2024             Decided:  February 27, 2024

_____

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Andrew Scott Wilson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew Scott Wilson appeals the district court's order ruling on several motions, including denying Wilson's motions for compassionate release, brought pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239, and for other miscellaneous relief.  After reviewing the record, we conclude that the district court did not abuse its discretion in denying Wilson's motions.  *See, e.g.*, *United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023) (stating standard of review).  Accordingly, we affirm the district court's order.  *United States v. Wilson*, No. 5:21-cr-00203-BO-1 (E.D.N.C. Sept. 6, 2023).  We deny Wilson's motion for the appointment of counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*